# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 22-8017
_____

James Smith, Individually, and purportedly on behalf of All Others

Respondent

v.

Scottsdale Insurance Company

Petitioner

American Detective Services, Inc.

Respondent

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04115-BP)
_____

**JUDGMENT**

Before LOKEN, BENTON, and KOBES, Circuit Judges.

Judgment is entered in accordance with the court's order dated November 23, 2022 granting petitioners' petition for permission to appeal pursuant to 28 U.S.C. § 1453(c). The new case is docketed under appeal No. 22-3436. Mandate shall issue forthwith.

December 01, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans